

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CRB**

**CR19**   **0676**

ANTHONY FRANCIS FAULK,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud;
18 U.S.C. § 875(d) - Interstate Communications with Intent to Extort;
18 U.S.C. § 2 - Aiding and Abetting;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

*True Bill,*

_____
Foreman

Filed in open court this ___*10*___ day of

*December 2019*

*Rose Maher*
Clerk

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

**NO BAIL WARRANT**

~~UNDERSEAL~~

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**— OFFENSE CHARGED —**

COUNT ONE: Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1343

COUNT TWO: 18 U.S.C. § 875(d) – Interstate Communications with Intent to Extort

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:   COUNT ONE: 20 years in prison; $250,000 fine or twice the gross gain or loss; 3 years of supervised release; $100 special assessment; restitution; forfeiture; COUNT TWO: 2 years in prison; $250,000 fine or twice the gross gain or loss; 1 year of supervised release; $100 special assessment; restitution; forfeiture

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION **FILED**

**— DEFENDANT - U.S —**

**DEC 10 2019**

ANTHONY FRANCIS FAULK

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**CR19     0676 CRB**

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investtigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. }

Name and Office of Person Furnishing Information on this form ___ David L. Anderson ___

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) ___ Robert S. Leach ___

**— DEFENDANT —**

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.

1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No }  If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

Bail Amount: _____

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

1405 Farmview Court, Latrobe, Pennsylvania 15650

Date/Time: _____   Before Judge: _____

Comments:



FILED

DEC 10 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3

4

5

6

7

8 |                     UNITED STATES DISTRICT COURT

9 |                 NORTHERN DISTRICT OF CALIFORNIA                    **CRB**

10 |                    SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,              )   Case No. **CR19      0676**
                                          )
12 |        Plaintiff,                     )   VIOLATIONS:
                                          )
13 |    v.                                 )   18 U.S.C. § 1349 – Conspiracy to Commit Wire
                                          )   Fraud; 18 U.S.C. § 875(d) – Interstate
14 | ANTHONY FRANCIS FAULK,                )   Communications with Intent to Extort; 18 U.S.C.
                                          )   § 2 – Aiding and Abetting; 18 U.S.C. § 981(a)(1)(C)
15 |        Defendant.                     )   and 28 U.S.C. § 2461(c) – Forfeiture Allegation
                                          )
16 |                                       )   SAN FRANCISCO VENUE
                                          )
17 | _____ )

18 |                           I N D I C T M E N T

19 | The Grand Jury charges:

20 |                          Introductory Allegations

21 |        At all times relevant to this Indictment, unless otherwise specified:

22 |        1.      ANTHONY FRANCIS FAULK resided in Greensburg or Latrobe, Pennsylvania. He

23 | used and controlled the email addresses anth96@tutanota.com, Anthonybitcoin96@gmail.com,

24 | afaulkbtc@gmail.com, faulk0172@gmail.com, faulk0179@gmail.com, imabtcbaron@gmail.com,

25 | Anthonyfaulk11@gmail.com, and anthonyfrancisfaulk@gmail.com. He used and controlled a Skype

26 | account with the user name "kaijual." He also went by the alias "Shade."

27 |        2.      A Subscriber Identity Module or Subscriber Identification Module ("SIM card") was a

28 | technology used to identify and authenticate subscribers on mobile phone devices.

INDICTMENT

The Scheme and Artifice to Defraud

3.     During the period October 2016 through May 2018, FAULK and others conspired and agreed to engage, and engaged, in a scheme to obtain by fraud and extortion cryptocurrencies and other money and property owned and controlled by executives of cryptocurrency-related companies and cryptocurrency investors.

4.     In furtherance of the conspiracy and the scheme and artifice to defraud, FAULK and others used a variety of means and methods, including:

        a.     Obtaining personal identifying information of potential victims (including victims in the Northern District of California);

        b.     Using fraud, deception, and social engineering techniques to induce representatives of cellphone service providers to transfer or port cellphone numbers from SIM cards in the devices possessed by victims to SIM cards in devices possessed by the conspirators ("SIM swapping");

        c.     Using the victims' cellphone numbers and deceptive techniques to gain access to email, electronic storage, and other accounts of victims;

        d.     Resetting passwords for email, electronic storage, and other accounts of victims so that the conspirators could control the accounts;

        e.     Using information from the accounts of the victims to access cryptocurrency accounts of victims and transfer without authority cryptocurrencies owned by the victims in the Northern District of California; and

        f.     Transmitting threats to victims to compromise further their accounts and to impair the confidentiality of information the conspirators had obtained, and demanding and requesting money.

Overt Acts

5.     In furtherance of the conspiracy and to effect its objects, on or about the dates listed below, in the Northern District of California and elsewhere, FAULK and others committed the following overt acts, among others:

        a.     On or about November 18, 2016, a conspirator took control of a cellphone number used by victim J.D., gained access to email and other accounts of J.D., and transferred

INDICTMENT                                2

1  cryptocurrency owned by J.D. to an address controlled by the conspirators.

2       b.      On or about November 18, 2016, FAULK and other coconspirators called J.D. for

3  the purpose of extortion.

4       c.      On or about January 24, 2017, FAULK and a coconspirator called a cellphone

5  service provider attempting to take over the cellphone number of victim C.P. in the Northern District of

6  California.

7       d.      On or about January 31, 2017, FAULK and a coconspirator called victim T.P. in

8  the Northern District of California for the purpose of extortion.

9       e.      On or about February 11, 2017, FAULK and other conspirators called a cellphone

10 service provider attempting to take over the cellphone number of victim N.B in the Northern District of

11 California.

12 COUNT ONE:      (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

13      6.      Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set

14 forth here.

15      7.      Beginning on or about October 2016 and continuing through on or about May 2018, in

16 the Northern District of California and elsewhere, the defendant,

17                          ANTHONY FRANCIS FAULK,

18 and others, did knowingly conspire to devise and intend to devise a scheme and artifice to defraud as to

19 a material matter and to obtain money and property by means of materially false and fraudulent

20 pretenses, representations, and promises, and by omission and concealment of material facts, and, for the

21 purpose of executing such scheme or artifice and attempting to do so, did transmit, and cause to be

22 transmitted, by means of wire communication in interstate and foreign commerce, certain writings,

23 signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

24      All in violation of Title 18, United States Code, Section 1349.

25 COUNT TWO:      (18 U.S.C. § 875(d) – Interstate Communications with Intent to Extort)

26      8.      Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set

27 forth here.

28

INDICTMENT                              3

1    9.    On or about January 31, 2017, in the Northern District of California and elsewhere, the

2  defendant,

3                           ANTHONY FRANCIS FAULK,

4  with intent to extort from any person, to wit, victim T.P., any money or other thing of value, transmitted

5  in interstate or foreign commerce any communication containing any threat to injure the property and

6  reputation of the addressee and of another.

7        In violation of Title 18, United States Code, Sections 875(d) and 2.

8  FORFEITURE ALLEGATION:    (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

9    10.    The allegations contained in this Indictment are re-alleged and incorporated by reference

10 for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and

11 Title 28, United States Code, Section 2461(c).

12    11.    Upon conviction for any of the offenses set forth in this Indictment, the defendant,

13                          ANTHONY FRANCIS FAULK,

14 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and

15 Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived

16 from proceeds the defendant obtained directly and indirectly, as the result of those violations, including

17 but not limited to the following:

18        a.    1405 Farmview Court, Latrobe, Pennsylvania 15650 (the "Latrobe Property");

19        b.    All funds maintained at JP Morgan Chase Bank in account number xx4286, held

20 in the name Anthony Francis Faulk (hereinafter, "the JP Morgan Account #1");

21        c.    All funds maintained at JP Morgan Chase Bank in account number xx4287, held

22 in the name Anthony Francis Faulk (hereinafter, "the JP Morgan Account #2");

23        d.    All funds maintained at JP Morgan Chase Bank in account number xx4703, held

24 in the name Anthony Francis Faulk (hereinafter, "the JP Morgan Account #3");

25        e.    All funds maintained at Dollar Bank in Savings account number xx1617, held in

26 the name Anthony Francis Faulk (hereinafter, "Dollar Bank Savings Account");

27        f.    All funds maintained at Dollar Bank in Checking account number xx1617, held in

28 the name Anthony Francis Faulk (hereinafter, "Dollar Bank Checking Account");

INDICTMENT                                4

1    g.    All funds maintained at BB&T Bank in account number xx9442, held in the name

2    Anthony Francis Faulk (hereinafter, "the BB&T Bank Account #1");

3    h.    All funds maintained at BB&T Bank in account number xx1686, held in the name

4    Anthony Francis Faulk (hereinafter, "the BB&T Bank Account #2");

5    i.    One 2019 Cadillac XTS, VIN number 2G61N5S31K9102929, obtained by

6    Anthony Francis Faulk on or about March 22, 2019 (hereinafter, "the Cadillac XTS");

7    j.    One 2019 Chevrolet Silverado K1500, VIN number 1GCRYCEF0KZ307438,

8    obtained by Lisa Lynn Faulk on or about June 21, 2019 (hereinafter, "the Chevrolet Silverado");

9    k.    One 2018 Nissan Rouge, VIN number 5N1AT2MV3JC721857, obtained by

10   Anthony Francis Faulk for Lisa Lynn Faulk as a gift on or about July 18, 2018 (hereinafter, "the Nissan

11   Rouge");

12   l.    One 2018 Ferrari 488 Spider Convertible, VIN number ZFF80AMA9J0230165,

13   obtained by Anthony Francis Faulk on or about June 13, 2019 (hereinafter, "the Ferrari Spider");

14   m.    Vincent Diamond Tennis Necklace (20-Point) 18K / VS+; Gold Color: White

15   Gold; Chain length: 24 Inches obtained by Anthony Francis Faulk on or about March 3, 2018

16   (hereinafter, "the 20-Point Tennis Necklace");

17   n.    Custom Sized 18K White Gold 40-Pointer Harvey Cross VS+ Custom Bale Fitted

18   for 20-Pointer Vincent obtained by Anthony Francis Faulk on or about March 3, 2018 (hereinafter, "the

19   Cross pendant");

20   o.    Custom Rolex Day Date President / Full VS+ Bustdown w/ Boss Bezel obtained

21   by Anthony Francis Faulk on or about April 4, 2018 (hereinafter, "the Rolex watch");

22   p.    Vincent Diamond Tennis Necklace (10-Point) – 14K / VS+ Gold Color: Yellow

23   Gold, Chain Length: 24 Inches, Enzo Diamond Bracelet – 14K / VS obtained by Anthony Francis Faulk

24   on or about May 4, 2017 (hereinafter, "the 10-Point Tennis Necklace");

25   q.    Enzo Diamond Bracelet – 14K / VS+ Gold Color: Yellow Gold Length: 6 Inches

26   obtained by Anthony Francis Faulk on or about May 4, 2017 (hereinafter "Diamond bracelet");

27

28

INDICTMENT                                             5

1    r.    Solitaire Diamond Stud Earrings (1 Carat Total) – 14K / VS+ Gold Color: Rose

2 Gold obtained by Anthony Francis Faulk on or about July 13, 2017 (hereinafter "Stud Earrings");

3    s.    Micro Dax Diamond Cluster Earrings – 14K / VS+ Gold Color: Rose Gold

4 obtained by Anthony Francis Faulk on or about July 13, 2017 (hereinafter "Cluster Earrings");

5    t.    Micro Heart Necklace – 18K / VS+ Gold Color: Rose Gold, Chain Length: 18

6 Inch custom engraving: Happy 21St Amna obtained by Anthony Francis Faulk on or about July 13, 2017

7 (hereinafter "Heart Necklace");

8    u.    Royalty rights to the following songs purchased through the Royalty Exchange:

9       1.    Back On The Grind
        2.    Betta Knock
10      3.    Big Dawg
        4.    Burglar Bars
11      5.    Extra
        6.    From the First Time
12      7.    Get Hyphy
        8.    Get It
13      9.    I Do It
        10.   Poppin' Tags
14      11.   Pull Up
        12.   Que Tu Sabes D'eso
15      13.   Residents of Jupiter
        14.   So We Can Live
16      15.   Tonight
        16.   Up In My Room
17      17.   Weight Droppin
        18.   What U Want
18      19.   Silhouette; and
        20.   Spread Love.

21   12.   If any of the property described above, as a result of any act or omission of the defendant:

22      a.    cannot be located upon exercise of due diligence;

23      b.    has been transferred or sold to, or deposited with, a third party;

24      c.    has been placed beyond the jurisdiction of the court;

25      d.    has been substantially diminished in value; or

26      e.    has been commingled with other property which cannot be divided without

27            difficulty,

28 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

INDICTMENT                                6

1   United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

2          All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,

3   Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

4

5   DATED:                                              A TRUE BILL.

6

7          12/10/19                          _____
                                             FOREPERSON
8

9   DAVID L. ANDERSON
    United States Attorney
10

11  _____

12  ROBERT S. LEACH
    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                   7