

FILED

DEC 10 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

**CRB**

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CR19    0676**

| | |
|---|---|
| **CASE NAME:** USA v. ANTHONY FRANCIS FAULK | **CASE NUMBER:** CR |
| Is This Case Under Seal? | Yes ✓   No |
| Total Number of Defendants: | 1 ✓   2-7   8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK   SJ |
| Is this a potential high-cost case? | Yes   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ |
| Is this a RICO Act gang case? | Yes   No ✓ |
| Assigned AUSA (Lead Attorney): Robert Leach | Date Submitted: 12/10/2019 |
| Comments: | |

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)