1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | Fax: (510) 637-3724
Email: Robert.leach@usdoj.gov

8

Attorneys for United States of America

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,                    )   No. CR-19-040 WHO
                                                 )   Filed January 22, 2019
14 |       Plaintiff,                             )
                                                 )
15 |   v.                                         )
                                                 )
16 | AHMAD WAGAAFE HARED and                      )
     MATTHEW GENE DITMAN,                         )
17 |                                              )
           Defendants.                            )
18 | _____)

19
     UNITED STATES OF AMERICA,                    )   No. CR-19-676 CRB
20 |                                              )   Filed December 11, 2019
           Plaintiff,                             )
21 |                                              )   NOTICE OF RELATED CASE IN A CRIMINAL
       v.                                         )   ACTION
22 |                                              )
     ANTHONY FRANCIS FAULK,                       )
23 |                                              )
           Defendant.                             )
24 | _____)

25 |        The United States, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two

26 | above-captioned criminal cases are related.

27

28

NOTICE OF RELATED CASES
*U.S. v. Hared & Ditman*, CR-19-040 WHO
*U.S. v. Faulk*, CR-19-676 CRB

1    The Indictment in *United States v. Hared & Ditman*, CR-19-040, currently assigned to Judge

2  Orrick, alleges that, between October 2016 and May 2018, Hared and Ditman, with others, conspired to

3  engage and engaged in a scheme to obtain by fraud and extortion cryptocurrencies and other money and

4  property owned and controlled by executives of cryptocurrency-related companies and cryptocurrency

5  investors.  The Indictment alleges Hared, Ditman, and others used fraud, deception, and social

6  engineering techniques to induce representatives of cellphone service providers to transfer or port

7  cellphone numbers from Subscriber Identity Module ("SIM") cards in the devices possessed by victims

8  to SIM cards in devices possessed by the conspirators ("SIM swapping") as a means to fraudulently

9  obtain cryptocurrencies and other money and property.  Based on these allegations, the Indictment

10  charges Hared and Ditman with violations of 18 U.S.C. § 1030(b) – Conspiracy to Commit Computer

11  Fraud and Abuse; 18 U.S.C. § 1030(a)(7) – Threatening to Damage a Protected Computer; 18 U.S.C.

12  § 875(d) – Interstate Communications with Intent to Extort; 18 U.S.C. § 1029(b)(2) – Conspiracy to

13  Commit Access Device Fraud; and 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft.

14    The Indictment in *United States v. Faulk*, CR-19-676, currently assigned to Judge Breyer, alleges

15  that, between October 2016 and May 2018, Faulk, with others, conspired to engage and engaged in a

16  scheme to obtain by fraud and extortion cryptocurrencies and other money and property owned and

17  controlled by executives of cryptocurrency-related companies and cryptocurrency investors.  The

18  Indictment alleges Faulk and others used fraud, deception, and social engineering techniques to induce

19  representatives of cellphone service providers to transfer or port cellphone numbers from SIM cards in

20  the devices possessed by victims to SIM cards in devices possessed by the conspirators as a means to

21  fraudulently obtain cryptocurrencies and other money and property.  Based on these allegations, the

22  Indictment charges Faulk with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; and

23  18 U.S.C. § 875(d) – Interstate Communications with Intent to Extort.

24    Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because

25  they involve the same events and occurrences.  Furthermore, the cases are related within the meaning of

26  Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial

27  duplication of labor by the two judges.

28

NOTICE OF RELATED CASES
*U.S. v. Hared & Ditman*, CR-19-040 WHO
*U.S. v. Faulk*, CR-19-676 CRB

1    As required by Local Rule 8-1(c)(4), government counsel states that assignment of these cases to

2  a single judge is likely to conserve judicial resources and promote an efficient determination of each

3  action.

4  DATED: December 11, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

ROBERT S. LEACH
Assistant United States Attorney

NOTICE OF RELATED CASES
*U.S. v. Hared & Ditman*, CR-19-040 WHO
*U.S. v. Faulk*, CR-19-676 CRB