DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KAREN BEAUSEY (CABN 155258)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   Email: karen.beausey@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-0676 CRB |
| Plaintiff, | **RECORDED NOTICE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1405 FARMVIEW COURT, LATROBE, PENNSYLVANIA, 15650, WESTMORELAND COUNTY (APN: 61-08-15-0-018)** |
| v. | |
| ANTHONY FRANCIS FAULK, | |
| Defendant. | |

The United States hereby submits the attached Recorded Notice of Lis Pendens as to Real

Property and Improvements located at 1405 Farmview Court, Latrobe, Pennsylvania, 15650,

Westmoreland County.  Assessor's Parcel Number (APN): 61-08-15-0-018.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: 1?/1?/19

KAREN BEAUSEY
Assistant United States Attorney

RECORDED NOTICE OF LIS PENDENS
CV 19-0676 CRB

1

## CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that she is an employee of the Office of the United States

3 Attorney for the Northern District of California and is a person of such age and discretion to be

4 competent to serve papers.  The undersigned further certifies that she caused a copy of :

5
6
- Recorded Notice of Lis Pendens as to Real Property and Improvements located at 1405 Farmview Court, Latrobe, Pennsylvania, 15650, Westmoreland County.  Assessor's Parcel Number (APN): 61-08-15-0-018

7
8
to be served this date via United States first class mail delivery upon the person(s) below at the place(s)

9
and address(es) which is the last known address(es):

10
11

| PNC Bank, National Association<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>(LEINHOLDER) | |

12

13 I declare under penalty of perjury under the laws of the United States of America that the

14 foregoing is true and correct to the best of my knowledge.

15 Executed this 18th day of December, 2019, at San Francisco, California.

16

17

18

19 BRENDA LUKAITIS
FSA Paralegal III/Asset Forfeiture Unit

20

21

22

23

24

25

26

27

28

RECORDED NOTICE OF LIS PENDENS
CV 19-0676 CRB



**201912180039264**

| | |
|---|---|
| Electronic Recording | 12/18/2019 |
| Pages: 17     F: $67.00 | 08:35AM |
| Tom Murphy | T20190041215 |
| Westmoreland County Recorder | |



I hereby CERTIFY
that this document is
recorded in the
RECORDERS OFFICE
of Westmoreland County
Pennsylvania

Tom Murphy • Recorder of Deeds

UPI 61-11433-00000
MAP 61-08-15-0-018

**RECORDING REQUESTED BY:**

UNITED STATES ATTORNEYS OFFICE

**WHEN RECORDED PLEASE MAIL TO:**

UNITED STATES ATTORNEYS OFFICE
450 GOLDEN GATE AVENUE, BOX 36055
SAN FRANCISCO, CA 94102
ATTN: ASSET FORFEITURE UNIT

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

NOTICE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1405
FARMVIEW COURT, LATROBE, PENNSYLVANIA 15650

CR 19-0676 CRB
USA V. ANTHONY FRANCIS FAULK
**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KAREN BEAUSEY (CABN 155258)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6598
7      FAX: (415) 436-7234
       Email: karen.beausey@usdoj.gov
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  CASE NO.  CR 19-0676 CRB
                                         )
14         Plaintiff,                    )  NOTICE OF LIS PENDENS AS TO REAL
                                         )  PROPERTY AND IMPROVEMENTS LOCATED
15     v.                                )  AT 1405 FARMVIEW COURT, LATROBE,
                                         )  PENNSYLVANIA 15650
16  ANTHONY FRANCIS FAULK,               )
                                         )
17                                       )
           Defendant.                    )
18  _____  )

19        NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court

20  pursuant to an Indictment, a copy of which is attached hereto as Exhibit A, filed by the United States of

21  America on December 10, 2019, to secure a judicial forfeiture of real property and improvements

22  located at 1405 Farmview Court, Latrobe, Pennsylvania 15650, Westmoreland County (APN 61-08-15-

23  0-018), and further described in Exhibit B, which is attached hereto.

24        In the Indictment, plaintiff alleges that the said real property is subject to forfeiture pursuant to

25  18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

26  ///

27  ///

28  Notice of Lis Pendens
                                          1

1       The owner of record to the said real property is Anthony Faulk.

2  DATED: December 17, 2019                      Respectfully submitted,

3                                        DAVID L. ANDERSON

4                                        United States Attorney

5

6                                        KAREN D. BEAUSEY

                                       Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Notice of Lis Pendens

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that she is an employee in the Office of the United States

3   Attorney for the Northern District of California and is a person of such age and discretion to be

4   competent to serve papers.  The undersigned further certifies that she caused a copy of

5
       • Notice of Lis Pendens as to Real Property and Improvements located at 1405 Farmview
6          Court, Latrobe, Pennsylvania 15650

7   to be served this date via United States certified mail and first class mail delivery upon the person(s)

8   below at the place(s) and address(es) which is the last known address(es):

9

10  | Jennifer J. Wirsching, Esq. | PNC Bank, National Association |
    | 1935 Alpha Rd 216 | 222 Delaware Avenue |
11  | Glendale, CA 91208 | Wilmington, DE 19801 |
    | (COUNSEL FOR FAULK) | (LEINHOLDER) |
12

13
       I declare under penalty of perjury under the laws of the United States of America that the
14
15  foregoing is true and correct to the best of my knowledge.

16      Executed this 17th day of December, 2019, at San Francisco, California

17                                    Brenda Lukaitis
18                                    BRENDA LUKAITIS
                                      FSA Paralegal
19                                    Asset Forfeiture Unit

20

21

22

23

24

25

26

27

28  Notice of Lis Pendens

                                      3

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                          **CIVIL CODE § 1189**

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California     )

County of _San Francisco_     )

On __December 17, 2019__ before me, _Craig Luckett, Notary Public_ ,
    *Date*                         *Here Insert Name and Title of the Officer*

personally appeared ____Karen Beausey____

                    *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CRAIG A. LUCKETT
Notary Public - California
San Francisco County
Commission # 2303489
My Comm. Expires Aug 30, 2023

Signature _____
                    *Signature of Notary Public*

*Place Notary Seal Above*

───────────────────── *OPTIONAL* ─────────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document** Notice of Lis Pendens as to Real Property and
                              Improvements Located at 1405 Farmview Court. Latrobe.
Title or Type of Document: _PA 15650_                 Document Date: __12/17/2019__
Number of Pages: ___15___ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Karen Beausey__                    Signer's Name: _____
☐ Corporate Officer — Title(s): _____          ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited   ☐ General                   ☐ Partner — ☐ Limited   ☐ General
☒ Individual         ☐ Attorney in Fact             ☐ Individual         ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator          ☐ Trustee        ☐ Guardian or Conservator
☒ Other: _Assistant United States Attorney_         ☐ Other: _____
Signer Is Representing: _United States Attorneys_    Signer Is Representing: _____
_Office - DOJ_

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

EXHIBIT A

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

**CR19    CRB    0676**

ANTHONY FRANCIS FAULK,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud;
18 U.S.C. § 875(d) - Interstate Communications with Intent to Extort;
18 U.S.C. § 2 - Aiding and Abetting;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

*True Bill*

Foreman

Filed in open court this _____10_____ day of

_____December 2019_____

_____Rose Maher_____

Clerk

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

NO BAIL WARRANT

Case 3:19-cr-00676-CRB   Document 1   Filed 12/10/19   Page 2 of 9

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

COUNT ONE: Conspiracy to Commit Wire Fraud, 18 U.S.C. §
1343

COUNT TWO: 18 U.S.C. § 875(d) – Interstate
Communications with Intent to Extort

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   COUNT ONE: 20 years in prison; $250,000 fine or twice the gross
gain or loss; 3 years of supervised release; $100 special assessment;
restitution; forfeiture; COUNT TWO: 2 years in prison; $250,000 fine
or twice the gross gain or loss; 1 year of supervised release; $100
special assessment; restitution; forfeiture

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

SHOW
DOCKET NO.

☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Robert S. Leach

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED

─── DEFENDANT - U.S ───

DEC 10 2019

▶ ANTHONY FRANCIS FAULK

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 19    0676 CRB

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
       summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No   } give date
                           filed

DATE OF
ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    * Where defendant previously apprehended on complaint, no new summons or
                                         warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

1405 Farmview Court, Latrobe, Pennsylvania 15650

Date/Time:                Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**

DEC 10 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CRB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR19     0676** |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; 18 U.S.C. § 875(d) – Interstate |
| ANTHONY FRANCIS FAULK, | Communications with Intent to Extort; 18 U.S.C. § 2 – Aiding and Abetting; 18 U.S.C. § 981(a)(1)(C) |
| Defendant. | and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment, unless otherwise specified:

1.     ANTHONY FRANCIS FAULK resided in Greensburg or Latrobe, Pennsylvania. He used and controlled the email addresses anth96@tutanota.com, Anthonybitcoin96@gmail.com, afaulkbtc@gmail.com, faulk0172@gmail.com, faulk0179@gmail.com, imabtcbaron@gmail.com, Anthonyfaulk11@gmail.com, and anthonyfrancisfaulk@gmail.com. He used and controlled a Skype account with the user name "kaijual." He also went by the alias "Shade."

2.     A Subscriber Identity Module or Subscriber Identification Module ("SIM card") was a technology used to identify and authenticate subscribers on mobile phone devices.

INDICTMENT

The Scheme and Artifice to Defraud

3.     During the period October 2016 through May 2018, FAULK and others conspired and agreed to engage, and engaged, in a scheme to obtain by fraud and extortion cryptocurrencies and other money and property owned and controlled by executives of cryptocurrency-related companies and cryptocurrency investors.

4.     In furtherance of the conspiracy and the scheme and artifice to defraud, FAULK and others used a variety of means and methods, including:

　　a.     Obtaining personal identifying information of potential victims (including victims in the Northern District of California);

　　b.     Using fraud, deception, and social engineering techniques to induce representatives of cellphone service providers to transfer or port cellphone numbers from SIM cards in the devices possessed by victims to SIM cards in devices possessed by the conspirators ("SIM swapping");

　　c.     Using the victims' cellphone numbers and deceptive techniques to gain access to email, electronic storage, and other accounts of victims;

　　d.     Resetting passwords for email, electronic storage, and other accounts of victims so that the conspirators could control the accounts;

　　e.     Using information from the accounts of the victims to access cryptocurrency accounts of victims and transfer without authority cryptocurrencies owned by the victims in the Northern District of California; and

　　f.     Transmitting threats to victims to compromise further their accounts and to impair the confidentiality of information the conspirators had obtained, and demanding and requesting money.

Overt Acts

5.     In furtherance of the conspiracy and to effect its objects, on or about the dates listed below, in the Northern District of California and elsewhere, FAULK and others committed the following overt acts, among others:

　　a.     On or about November 18, 2016, a conspirator took control of a cellphone number used by victim J.D., gained access to email and other accounts of J.D., and transferred

INDICTMENT                                    2

1    cryptocurrency owned by J.D. to an address controlled by the conspirators.

2              b.    On or about November 18, 2016, FAULK and other coconspirators called J.D. for

3    the purpose of extortion.

4              c.    On or about January 24, 2017, FAULK and a coconspirator called a cellphone

5    service provider attempting to take over the cellphone number of victim C.P. in the Northern District of

6    California.

7              d.    On or about January 31, 2017, FAULK and a coconspirator called victim T.P. in

8    the Northern District of California for the purpose of extortion.

9              e.    On or about February 11, 2017, FAULK and other conspirators called a cellphone

10   service provider attempting to take over the cellphone number of victim N.B in the Northern District of

11   California.

12   COUNT ONE:        (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

13        6.    Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated as if fully set

14   forth here.

15        7.    Beginning on or about October 2016 and continuing through on or about May 2018, in

16   the Northern District of California and elsewhere, the defendant,

17                          ANTHONY FRANCIS FAULK,

18   and others, did knowingly conspire to devise and intend to devise a scheme and artifice to defraud as to

19   a material matter and to obtain money and property by means of materially false and fraudulent

20   pretenses, representations, and promises, and by omission and concealment of material facts, and, for the

21   purpose of executing such scheme or artifice and attempting to do so, did transmit, and cause to be

22   transmitted, by means of wire communication in interstate and foreign commerce, certain writings,

23   signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

24        All in violation of Title 18, United States Code, Section 1349.

25   COUNT TWO:        (18 U.S.C. § 875(d) – Interstate Communications with Intent to Extort)

26        8.    Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set

27   forth here.

28

INDICTMENT                           3

1       9.     On or about January 31, 2017, in the Northern District of California and elsewhere, the

2 defendant,

3                         ANTHONY FRANCIS FAULK,

4 with intent to extort from any person, to wit, victim T.P., any money or other thing of value, transmitted

5 in interstate or foreign commerce any communication containing any threat to injure the property and

6 reputation of the addressee and of another.

7       In violation of Title 18, United States Code, Sections 875(d) and 2.

8 <u>FORFEITURE ALLEGATION:</u>    (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

9      10.    The allegations contained in this Indictment are re-alleged and incorporated by reference

10 for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and

11 Title 28, United States Code, Section 2461(c).

12      11.    Upon conviction for any of the offenses set forth in this Indictment, the defendant,

13                         ANTHONY FRANCIS FAULK,

14 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and

15 Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived

16 from proceeds the defendant obtained directly and indirectly, as the result of those violations, including

17 but not limited to the following:

18      a.    1405 Farmview Court, Latrobe, Pennsylvania 15650 (the "Latrobe Property");

19      b.    All funds maintained at JP Morgan Chase Bank in account number xx4286, held

20 in the name Anthony Francis Faulk (hereinafter, "the JP Morgan Account #1");

21      c.    All funds maintained at JP Morgan Chase Bank in account number xx4287, held

22 in the name Anthony Francis Faulk (hereinafter, "the JP Morgan Account #2");

23      d.    All funds maintained at JP Morgan Chase Bank in account number xx4703, held

24 in the name Anthony Francis Faulk (hereinafter, "the JP Morgan Account #3");

25      e.    All funds maintained at Dollar Bank in Savings account number xx1617, held in

26 the name Anthony Francis Faulk (hereinafter, "Dollar Bank Savings Account");

27      f.    All funds maintained at Dollar Bank in Checking account number xx1617, held in

28 the name Anthony Francis Faulk (hereinafter, "Dollar Bank Checking Account");

INDICTMENT                4

1          g.      All funds maintained at BB&T Bank in account number xx9442, held in the name

2 Anthony Francis Faulk (hereinafter, "the BB&T Bank Account #1");

3          h.      All funds maintained at BB&T Bank in account number xx1686, held in the name

4 Anthony Francis Faulk (hereinafter, "the BB&T Bank Account #2");

5          i.      One 2019 Cadillac XTS, VIN number 2G61N5S31K9102929, obtained by

6 Anthony Francis Faulk on or about March 22, 2019 (hereinafter, "the Cadillac XTS");

7          j.      One 2019 Chevrolet Silverado K1500, VIN number 1GCRYCEF0KZ307438,

8 obtained by Lisa Lynn Faulk on or about June 21, 2019 (hereinafter, "the Chevrolet Silverado");

9          k.      One 2018 Nissan Rouge, VIN number 5N1AT2MV3JC721857, obtained by

10 Anthony Francis Faulk for Lisa Lynn Faulk as a gift on or about July 18, 2018 (hereinafter, "the Nissan

11 Rouge");

12          l.      One 2018 Ferrari 488 Spider Convertible, VIN number ZFF80AMA9J0230165,

13 obtained by Anthony Francis Faulk on or about June 13, 2019 (hereinafter, "the Ferrari Spider");

14          m.      Vincent Diamond Tennis Necklace (20-Point) 18K / VS+; Gold Color: White

15 Gold; Chain length: 24 Inches obtained by Anthony Francis Faulk on or about March 3, 2018

16 (hereinafter, "the 20-Point Tennis Necklace");

17          n.      Custom Sized 18K White Gold 40-Pointer Harvey Cross VS+ Custom Bale Fitted

18 for 20-Pointer Vincent obtained by Anthony Francis Faulk on or about March 3, 2018 (hereinafter, "the

19 Cross pendant");

20          o.      Custom Rolex Day Date President / Full VS+ Bustdown w/ Boss Bezel obtained

21 by Anthony Francis Faulk on or about April 4, 2018 (hereinafter, "the Rolex watch");

22          p.      Vincent Diamond Tennis Necklace (10-Point) – 14K / VS+ Gold Color: Yellow

23 Gold, Chain Length: 24 Inches, Enzo Diamond Bracelet – 14K / VS obtained by Anthony Francis Faulk

24 on or about May 4, 2017 (hereinafter, "the 10-Point Tennis Necklace");

25          q.      Enzo Diamond Bracelet – 14K / VS+ Gold Color: Yellow Gold Length: 6 Inches

26 obtained by Anthony Francis Faulk on or about May 4, 2017 (hereinafter "Diamond bracelet");

27

28

INDICTMENT                       5

1         r.     Solitaire Diamond Stud Earrings (1 Carat Total) – 14K / VS+ Gold Color: Rose

2 Gold obtained by Anthony Francis Faulk on or about July 13, 2017 (hereinafter "Stud Earrings");

3         s.     Micro Dax Diamond Cluster Earrings – 14K / VS+ Gold Color: Rose Gold

4 obtained by Anthony Francis Faulk on or about July 13, 2017 (hereinafter "Cluster Earrings");

5         t.     Micro Heart Necklace – 18K / VS+ Gold Color: Rose Gold, Chain Length: 18

6 Inch custom engraving: Happy 21St Amna obtained by Anthony Francis Faulk on or about July 13, 2017

7 (hereinafter "Heart Necklace");

8         u.     Royalty rights to the following songs purchased through the Royalty Exchange:

9             1.    Back On The Grind
            2.    Betta Knock

10            3.    Big Dawg
           4.    Burglar Bars

11            5.    Extra

12            6.    From the First Time
           7.    Get Hyphy

13            8.    Get It
           9.    I Do It

14           10.   Poppin' Tags

15           11.   Pull Up
          12.   Que Tu Sabes D'eso

16           13.   Residents of Jupiter
          14.   So We Can Live

17           15.   Tonight
          16.   Up In My Room

18           17.   Weight Droppin

19           18.   What U Want
          19.   Silhouette; and

20           20.   Spread Love.

21    12.    If any of the property described above, as a result of any act or omission of the defendant:

22         a.     cannot be located upon exercise of due diligence;

23         b.     has been transferred or sold to, or deposited with, a third party;

24         c.     has been placed beyond the jurisdiction of the court;

25         d.     has been substantially diminished in value; or

26         e.     has been commingled with other property which cannot be divided without

27             difficulty,

28 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

INDICTMENT           6

1 | United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

2 |         All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,

3 | Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

4

5 | DATED:                                                              A TRUE BILL.

6

7 |         12/10/19

8 |                                                                     FOREPERSON

9 | DAVID L. ANDERSON
   | United States Attorney

10

11

12 | ROBERT S. LEACH
    | Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                      7

EXHIBIT B

Legal Description:

All that certain tract or parcel of land situate in the Township of Unity, County of Westmoreland and Commonwealth of Pennsylvania, being known and designated as Lot No. 233 in the East High Acres II, Phase II Plan of Subdivision, as recorded in the Office of the Recorder of Deeds of the County of Westmoreland and Commonwealth of Pennsylvania at Instrument Number 200304010025122.

Under and subject to a 30 foot building line set back from Farmview Court.

Under and subject to a portion of a 30 foot wide storm and sanitary sewer and access easement set in from and parallel to the common lot line with Lot No. 232 in said Plan.

APN: 61-08-15-0-018