UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 9, 2020  **Time:** 1 minute  **Judge:** WILLIAM H. ORRICK
1:43 p.m. to 1:44 p.m.

**Case No.**: 19-cr-00676-WHO-1  **Case Name:** UNITED STATES v. Faulk

**Attorney for Plaintiff:**  Robert Leach
**Attorney for Defendant:**  Jennifer Wirsching
Defendant **Anthony Francis Faulk** – present, on bond

**Deputy Clerk:** Jean Davis  **Court Reporter:** JoAnn Bryce
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for initial status conference before District Judge.  Discovery production is underway and is expected to be voluminous.

**CASE CONTINUED TO: April 2, 2020 at 1:30 p.m. for further Status Conference**

**EXCLUDABLE DELAY:**
Category       Effective preparation of counsel
Begins          January 9, 2020
Ends             April 2, 2020