Gina Tennen, Esq, SBN 243486
LibertyBell Law Group, PC
20350 Ventura Blvd., Suite 230
Woodland Hills, CA 91364
GinaTennen@libertybelllaw.com
Telephone: (818) 563-2355
Facsimile:  (818) 450-0466

Attorney for Defendant
Anthony Francis Faulk

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO:  3:19-CR-00676 |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEARANCE OF** |
| v. ) | **ATTORNEY  GINA TENNEN, ESQ.** |
| ) | |
| ) | |
| ANTHONY FRANCIS FAULK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**TO THE HONORABLE DISTRICT JUDGE, UNITED STATES DISTRICT COURT JUDGE; THE UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA; AND ALL PARTIES ENTITLED TO NOTICE:**

PLEASE TAKE NOTICE that Gina Tennen, Esq., from LibertyBell Law Group, PC, 20350 Ventura Blvd., Suite 230, Woodland Hills, CA 91364, hereby enters her appearance as counsel in the above referenced case on behalf of Defendant Anthony Faulk. All Pleadings and other papers served on Defendant should also be directed to the attention of Gina Tennen at:

LibertyBell Law Group, PC
20350 Ventura Blvd., Suite 230
Woodland Hills, CA 91364
Telephone# 818-563-2355
Fax# 818-450-0466

1

Date: January 13, 2020						RESPECTFULLY SUBMITTED,


　　　　/s/Gina Tennen　　　　　
 Gina Tennen, Esq, SBN 243486
LibertyBell Law Group, PC
20350 Ventura Blvd., Suite 230
Woodland Hills, CA 91364
GinaTennen@libertybelllaw.com
Telephone: (818) 563-2355
Facsimile:  (818) 450-0466

**CERTIFICATE OF SERVICE**

I, Gina Tennen, am a citizen of the United States and am at least 18 years of age. My business address is 20350 Ventura Blvd., Suite 230 Woodland Hills, CA 91364. I am not a party to the above-entitled action. I hereby certify that on January 13, 2020, I have caused service of the **NOTICE OF APPEARANCE OF ATTORNEY GINA TENNEN** on the parties listed on ECF by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct Executed on, January 13, 2020.

Date: January 13, 2020                                   RESPECTFULLY SUBMITTED,

                                                                       /s/Gina Tennen
                                                                      Gina Tennen