Jennifer J. Wirsching, 263141
For LibertyBell Law Group
20350 Ventura Blvd, Suite 230
Woodland Hills, CA 91364
828-563-2355
wirschinglaw@outlook.com

Attorneys for Defendant
ANTHONY FAULK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3-19-CR-00676 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | |
| ANTHONY FAULK, | Date: May 14, 2020 |
| | Time: 1:30 PM |
| Defendant. | Judge: Hon. William H. Orrick |

Plaintiff United States of America, through its respective counsel, and defendant Anthony Faulk, through his counsel of record, stipulate that the status conference now set for May 14, 2020, be continued to July 14, 2020.

Counsel Jennifer Wirsching resides in Los Angeles, and defendant Faulk resides, and is under pre-trial supervision, in Pennsylvania. Due to COVID-19, the national state of emergency, statewide states of emergency, and local "Safer at Home" orders, air travel is very risky at this time. Additionally, new discovery has recently been made available to the defense, the defense requires time to review and analyze this discovery.

Based on the foregoing, the parties stipulate that the status conference currently set for May 14, 2020, be continued to July14, 2020, at 1:30 p.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including July 14, 2020, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  April 27, 2020   /s/Robert Leach
ROBERT LEACH
Assistant United States Attorney
Attorney for Plaintiff United States

Dated:  April 27, 2020   /s/ Jennifer J. Wirsching
JENNIFER J. WIRSCHING
LibertyBell Law Group
Attorneys for Defendant Anthony Faulk

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including July 14, 2020, shall be excluded from the computation of time within which the trial in this case must begin under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare. It is further ordered that the May 14, 2020, status conference be continued until ~~July 14, 2020~~ July 16, 2020 at 1:30 p.m.

Dated: __April 27__, 2020

_____
Hon. William H. Orrick
United States District Judge

STIPLUATION AND ORDER TO
CONTINUE STATUS CONFERENCE

3