DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    Email: robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-676 WHO |
|     Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER |
|   v. | Date: December 10, 2020 |
| ANTHONY FRANCIS FAULK, | Time: 1:30 p.m. |
|     Defendant. | Judge: Hon. William H. Orrick |

**<u>STIPULATION</u>**

WHEREAS, on December 10, 2019, the Grand Jury returned an indictment charging Defendant with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and one count of interstate communications with intent to extort, in violation of 18 U.S.C. § 875(d).

WHEREAS, this matter is set for a status conference on December 10, 2020, at 1:30 p.m.

WHEREAS, the government has produced over 75,974 pages of discovery, including a production on November 30, 2020, of Excel data relating to voluminous digital currency transactions at issue in the case.

WHEREAS, lead counsel for Defendant has been unavailable for certain periods in November because of medical issues;

WHEREAS, counsel for Defendant needs additional time to review the discovery, including the recently produced materials, and the parties believe such additional time will facilitate a resolution of this matter.

THEREFORE, the parties stipulate, and respectfully request that the Court order, that the status conference currently set for December 10, 2020, be continued to January 21, 2021, at 1:30 p.m.  The parties stipulate and agree that excluding time until and including January 21, 2021, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from December 10, 2020, through January 21, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED:  December 7, 2020                                                    DAVID L. ANDERSON
                                                                                                      United States Attorney
                                                                                                      Northern District of California


                                                                                                      __/s/_____
                                                                                                      ROBERT S. LEACH
                                                                                                      Assistant United States Attorney


DATED:  December 7, 2020                                                    LIBERTYBELL LAW GROUP


                                                                                                      __/s/_____
                                                                                                      JENNIFER J. WIRSHING
                                                                                                      Attorneys for Defendant Anthony Faulk

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status conference currently set for December 10, 2020, shall be continued to January 21, 2021, at 1:30 p.m.  The Court finds that failing to exclude the time from December 10, 2020, through January 21, 2021, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from December 10, 2020,

through January 21, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 10, 2020, through January 21, 2021, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Judge