1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       Email: robert.leach@usdoj.gov
8

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )  Case No.  CR 19-676 WHO
                                       )
14         Plaintiff,                  )  STIPULATION TO CONTINUE STATUS
                                       )  CONFERENCE AND ORDER
15      v.                             )
                                       )  Date:  March 11, 2021
16  ANTHONY FRANCIS FAULK,             )  Time:  1:30 p.m.
                                       )  Judge:  Hon. William H. Orrick
17         Defendant.                  )
                                       )
18  _____)

19                          **STIPULATION**

20         WHEREAS, on December 10, 2019, the Grand Jury returned an indictment charging Defendant

21  with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and one count of

22  interstate communications with intent to extort, in violation of 18 U.S.C. § 875(d).

23         WHEREAS, this matter is set for a status conference on December 10, 2020, at 1:30 p.m.

24         WHEREAS, the government has produced over 76.039 pages of discovery, including a

25  production on February 22, 2021, of information relating to the voluminous digital currency transactions

26  at issue in the case.

27         WHEREAS, counsel for Defendant needs additional time to review the discovery, including the

28  recently produced materials, and the parties believe such additional time will facilitate a resolution of

1   this matter.

2       WHEREAS, on or about February 12, 2021, a superseding indictment filed in the United States

3   District Court for the Northern District of Georgia was unsealed (CR 20-014 UNA).  The superseding

4   indictment charges Defendant and others with money laundering conspiracy arising from the alleged

5   transfer of stolen cryptocurrency.  Defendant has yet to be arraigned in the Georgia case.

6       WHEREAS, the COVID-19 pandemic continues to adversely affect the parties' ability to prepare

7   for trial.

8       THEREFORE, the parties stipulate, and respectfully request that the Court order, that the status

9   conference currently set for March 11, 2021, be continued to April 29, 2021, at 1:30 p.m.  The parties

10  stipulate and agree that excluding time until and including April 29, 2021, will allow for the effective

11  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that

12  the ends of justice served by excluding the time from March 11, 2021, through April 29, 2021, from

13  computation under the Speedy Trial Act outweigh the best interests of the public and the Defendant in a

14  speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

15      IT IS SO STIPULATED.

16  DATED:  March 4, 2021                          STEPHANIE M. HINDS
                                                    United States Attorney
17                                                  Northern District of California

18

19                                                  __/s/_____
                                                    ROBERT S. LEACH
20                                                  Assistant United States Attorney

21

22  DATED:  March 4, 2021                          LIBERTYBELL LAW GROUP

23

24                                                  __/s/_____
                                                    JENNIFER J. WIRSHING
25                                                  Attorneys for Defendant Anthony Faulk

26

27

28

1

### ORDER

2      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3 status conference currently set for March 11, 2021, shall be continued to April 29, 2021, at 1:30 p.m.

4 The Court finds that failing to exclude the time from March 11, 2021, through April 29, 2021, would

5 unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

6 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

7 Court further finds that the ends of justice served by excluding the time from March 11, 2021, through

8 April 29, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public

9 and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY

10 ORDERED that the time from March 11, 2021, through April 29, 2021, shall be excluded from

11 computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

12      IT IS SO ORDERED.

13

14 DATED: March 5, 2021      _

15                                              THE HONORABLE WILLIAM H. ORRICK
                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28