Jennifer J. Wirsching, 263141
For LibertyBell Law Group
20350 Ventura Blvd, Suite 230
Woodland Hills, CA 91364
818-563-2355
wirschinglaw@outlook.com

Attorneys for Defendant
ANTHONY FAULK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ANTHONY FAULK,<br><br>                Defendant. | CASE NO. 3-19-CR-00676<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>Date:    December 16, 2021<br>Time:   1:30PM<br>Judge:  Hon. William H. Orrick |

      Plaintiff United States of America, through its respective counsel, and defendant Anthony Faulk, through his counsel of record, stipulate that the status conference now set for December 16, 2021 be continued to February 17, 2022.

      AUSA Leach and counsel Wirsching are aware and respectful of this Honorable Court's admonition at a previous Status Conference held via Zoom in this matter, that the Court is disinclined to issue an additional continuance in this matter due to the age of the case. Counsel are seeking this Joint Stipulation to Continue in the interest of judicial efficiency, and to ensure a just outcome for Mr. Faulk. The parties are prepared to give additional details under seal to the extent the Court requires further information to understand the basis for a continuance.

      As AUSA Leach and Counsel Jennifer Wirsching previously advised this Honorable Court, a companion case against Mr. Faulk was revealed to the defendant and his counsel in February 2021. Due in large part to COVID restrictions, the Northern District of Georgia did not arraign Mr. Faulk until May 25, 2021. Counsel Wirsching is Pro Hac Vice counsel of record in the Northern District of Georgia case.

STIPLUATION AND PROPOSED ORDER TO
CONTINUE STATUS CONFERENCE
              1

To date the AUSA's office in Georgia has not yet provided counsel Wirsching with the complete discovery in that matter. Counsel Wirsching has been advised, and has discussed with AUSA Leach, that the discovery in the companion Georgia case is voluminous: nearly 40GB. Mr. Faulk and the prosecutors in Georgia are seeking an equivalent extension in that case. Similarly, AUSA Leach is currently engaged in preparations for, and likewise, currently conducting a trial in a separate matter, which will continue take up a substantial portion of his time. AUSA Leach's trial on this separate matter has him engaged in time-consuming preparations since August 31, 2021 and this current trial will likely continue to affect AUSA Leach's schedule at least until, if not longer than, December 17, 2021.

Counsel Wirsching and AUSA Leach have been involved in good faith negotiations to settle this matter, the resolution of which has been interrupted only by the companion case filed in Georgia. Counsel Wirsching and AUSA Leach are amenable to the judicially efficient resolution that a global plea covering both matters would provide. AUSAs in Georgia are also amenable to such a disposition. Prior to such a possibility, it is incumbent upon Mr. Faulk's counsel to review the discovery in the companion Georgia matter. This is especially true since the timelines in each matter are similar and any plea in this Honorable Court prior to discovery review of the Georgia matter may cause irreparable harm to disposition in Georgia. The defense requires additional time to review and analyze the discovery arriving from Georgia, and to pursue a global disposition for both matters. All parties have been working towards global disposition and have planned an in-person meeting for negotiation.

Based on the foregoing, the parties stipulate that the status conference currently set for December 16, 2021 be continued to February 17, 2022 at 1:30PM  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including February 17, 2022,  under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

| | |
|---|---|
| Dated: December 2, 2021 | /s/*Robert Leach* <br> ROBERT LEACH <br> Assistant United States Attorney <br> Attorney for Plaintiff United States |
| Dated: December 2, 2021 | */s/ Jennifer J. Wirsching* <br> JENNIFER J. WIRSCHING <br> For LibertyBell Law Group <br> Attorneys for Defendant Anthony Faulk |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

//

//

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including February 17, 2022, shall be excluded from the computation of time within which the trial in this case must begin under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare. It is further ordered that the December 17, 2021, status conference be continued until February 17, 2022 at 1:30 PM.

Dated: ___December 10___, 2021  _____
Hon. William H. Orrick
United States District Judge