1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3680
7        Fax: (510) 637-3724
         Email: robert.leach@usdoj.gov
8

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,           ) Case No.  CR 19-676 WHO
                                         )
14 |     Plaintiff,                      ) STIPULATION TO CONTINUE STATUS
                                         ) CONFERENCE AND [PROPOSED] ORDER
15 |   v.                                )
                                         )
16 | ANTHONY FRANCIS FAULK,              )
                                         )
17 |     Defendant.                      )
                                         )
18 |                                     )

19                              **STIPULATION**

20        WHEREAS, on December 10, 2019, the Grand Jury returned an indictment charging Defendant

21 with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and one count of

22 interstate communications with intent to extort, in violation of 18 U.S.C. § 875(d).

23        WHEREAS, this matter was set for status conference on February 17, 2022.

24        WHEREAS, on January 28, 2022, the Court, through its courtroom deputy, advised the parties of

25 a scheduling conflict on February 17, 2022, and requested the status conference be rescheduled.

26        WHEREAS, counsel for Defendant needs additional time to review the discovery, including

27 materials in a separate criminal case against Mr. Faulk in the Northern District of Georgia (CR 20-014

28 UNA), and the parties believe such additional time will facilitate a resolution of this matter.

   [PROPOSED] STIPULATED ORDER
   *U.S. v. FAULK,* CR 19-676 WHO              1

WHEREAS, the COVID-19 pandemic continues to adversely affect the parties' ability to prepare for trial.

WHEREAS, on February 4, 2022, by Clerk's Notice, the February 17, 2022 status conference was continued to April 21, 2022, at 1:30 p.m., and the time period to April 21, 2022 is also necessary for effective preparation.

THEREFORE, the parties stipulate and agree that excluding time from February 17, 2022, until and including April 21, 2022, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 17, 2022, through April 21, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: February 8, 2022

STEPHANIE M. HINDS
United States Attorney
Northern District of California

__/s/_____
ROBERT S. LEACH
Assistant United States Attorney

DATED: February 8, 2022

LIBERTYBELL LAW GROUP

___/s/_____
JENNIFER J. WIRSHING
Attorneys for Defendant Anthony Faulk

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 17, 2022, through April 21, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 17, 2022, through April 21, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 17, 2022, through April 21, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

THE HONORABLE WILLIAM H. ORRICK
United States District Judge