UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-00676-WHO |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| ANTHONY FRANCIS FAULK, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on March 2, 2023, wherein the defendant Anthony Francis Faulk agreed to forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

- Real Property located at 1405 Farmview Court, Latrobe, Pennsylvania 15650;
- All funds maintained at JP Morgan Chase Bank in account number 201-04286, held in the name Anthony Francis Faulk;
- All funds maintained at JP Morgan Chase Bank in account number 201-04287, held in the

   name Anthony Francis Faulk;
- All funds maintained at Dollar Bank in Savings account number 167453l617, held in the name Anthony Francis Faulk;
- All funds maintained at Dollar Bank in Checking account number 167453l6l7, held in the name Anthony Francis Faulk;
- All funds maintained at BB&T Bank in account number 5225819442, held in the name Anthony Francis Faulk;
- All funds maintained at BB&T Bank in account number 5425761686, held in the name Anthony Francis Faulk;
- One 2019 Chevrolet Silverado K1500, VIN number 1GCRYCEF0KZ307438, obtained by Lisa Lynn Faulk on or about June 21, 2019;
- One 2018 Nissan Rouge, VIN number 5N1AT2MY3JC72L857, obtained by Anthony Francis Faulk for Lisa Lynn Faulk as a gift on or about July I 8, 2018;
- Vincent Diamond Tennis Necklace (20-Point) 18K / VS+; Gold Color: White Gold; Chain length: 24 Inches obtained by Anthony Francis Faulk on or about March 3, 2018;
- Custom Sized 18K White Gold 40-Pointer Harvey Cross VS+ Custom Bale Fitted for 20-Pointer Vincent obtained by Anthony Francis Faulk on or about March 3, 2018;
- Custom Rolex Day Date President / Full VS+ Bustdown w/ Boss Bezel obtained by Anthony Francis Faulk on or about April4, 2018;
- Royalty rights to the following songs purchased through the Royalty Exchange:
   1. Back On The Grind
   2. Betta Knock
   3. Big Dawg
   4. Burglar Bars
   5. Extra
   6. From the First Time
   7. Get Hyphy
   8. Get It

      9. I Do It

      10. Poppin' Tags

      11. Pull Up

      12. Que Tu Sabes D'eso

      13. Residents of Jupiter

      14. So We Can Live

      15. Tonight

      16. Up In My Room

      17. Weight Droppin

      18. What U Want

      19. Silhouette; and

      20. Spread Love;

- One 2018 Mercedes-Benz GTS bearing VIN number WDDYJ7JA0JA018015, obtained by Anthony Francis Faulk on or about November 7, 2019;

- One Louis Vuitton handbag obtained by Anthony Francis Faulk and gifted to Jenna Keener on or about December 28, 2018;

- One Louis Vuitton wallet obtained by Anthony Francis Faulk and gifted to Jenna Keener on or about December 28, 2018; and

- One pair of pair of Tiffany earrings obtained by Anthony Francis Faulk and gifted to Jenna Keener on or about July 3, 2018.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify,

1  locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal
2  Rules of Criminal Procedure;
3      IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary
4  Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure
5  32.2(e).
6      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal
7  Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
8  sentencing and shall be made part of the sentence and included in the judgment.

10      IT IS SO ORDERED this 10th day of August, 2023.

_____
HON. WILLIAM H. ORRICK
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 19-00676-WHO                                                                                                        4